# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| KNIGHTS OF COLUMBUS, | 2:12 -cv -00688 -JCM-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| THE VIRGINIA TRUST, *et al.,* | |
| Defendants. | |

Before the Court is Plaintiff Knights of Columbus' Motion Requesting that the Court Set a Scheduling Conference (#15). To date, an opposition has not been filed. On July 13, 2012, the Court granted Defendants William Crosby and Danny Hill an extension of time until August 10, 2012 in which to respond to Plaintiff's complaint.

Having reviewed and considered the matter, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff Knights of Columbus' Motion Requesting that the Court Set a Scheduling Conference (#15) is GRANTED and the hearing shall be held at 10:00 a.m. on Friday, August 17, 2012 in Courtroom 3C.

DATED this 16th day of July, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE