# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| KNIGHTS OF COLUMBUS, | 2:12-cv-00688-JCM-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| THE VIRGINIA TRUST, *et al.,* | |
| Defendants. | |

Before the Court is Plaintiff's Request to Appear Telephonically at the August 17, 2012 Hearing (#25).

IT IS HEREBY ORDERED that Mr. Todd D. Erb can appear telephonically at the August 17, 2012 hearing. The call in number is 1-702-868-4911 and the passcode is 123456.

DATED this 25th day of July, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE