**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KNIGHTS OF COLUMBUS,                           2:12-CV-688 JCM (VCF)

          Plaintiff(s),

v.

THE VIRGINIA TRUST, et al.,

          Defendant(s).

**ORDER**

Presently before the court is Magistrate Judge Ferenbach's report and recommendation. (Doc. # 36). The same day the report and recommendation was filed, defendant's William Crosby and Danny Hill filed an objection to the report and recommendation. (Doc. # 37). Defendants Crosby and Hill state that they "failed to file an Opposition which would have allowed the Magistrate to review these issues prior to signing his Report and Recommendation." (Doc. # 37, 3:13-15).

Finding this matter appropriate for Magistrate Judge Ferenbach to consider,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the report and recommendation (doc. # 36) be, and the same hereby is, REFERRED back to Magistrate Judge Ferenbach's chambers to reconsider the report and recommendation in light of defendants Crosby and Hill's objections (doc. # 37).

DATED September 6, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge