# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KNIGHTS OF COLUMBUS,<br><br>             Plaintiff,<br><br>vs.<br><br>THE VIRGINIA TRUST, *et al.*,<br><br>             Defendants. | 2:12-cv-00688-JCM-VCF<br><br>**ORDER**<br>[Counter Motion for Rule 11 Sanctions #68 and #70] |

Reviewing docket number 68, which was duplicated by the clerk as docket number 70, for CM/ECF purposes pursuant to Special Order 109, it appears that counsel for Sheree Williams has failed to comply with the "Safe Harbor" provisions of Fed. R. Civ. P. 11(c)(2). All of the authorities cited in support of the Countermotion for Rule 11 Sanctions predate December 1, 1993, the date on which these Safe Harbor provisions took effect.

Accordingly,

IT IS HEREBY ORDERED that Sheree Williams' Counter Motion for Rule 11 Sanctions (#70) is DENIED without prejudice.

DATED this 14th day of November, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE