UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KNIGHTS OF COLUMBUS,<br><br>             Plaintiff(s),<br><br>v.<br><br>THE VIRGINIA TRUST, et al.,<br><br>             Defendant(s). | 2:12-CV-688 JCM (VCF) |

**ORDER**

Presently before the court is a motion for a certificate of appealability by defendants William Crosby and Danny Hill. (Doc. # 146).

Pursuant to Federal Rule of Civil Procedure 56(b), a court may issue a certificate of appealability regarding final judgment on individual claims in a multi-claim suit if (1) the claims to be appealed are separable from others remaining to be adjudicated and; (2) if the nature of the claims already determined is such that no appellate court would have to decide same issues more than once even if there were subsequent appeals. *Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 8 (1980).

On January 23, 2014, the court granted summary judgment regarding the contractual claims in this case, leaving only the issue of equitable estoppel pending. Indeed, the contractual claims decided by the court are separable from the equitable estoppel claim, such that the appellate court would not need to decide upon the former again if the latter were to be appealed. As such, precedent and principles of efficiency dictate that a certificate of appealability can and should be issued at this time regarding the contractual claims.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion for a certificate of appealability (doc. # 146) be, and the same hereby is, GRANTED.

DATED February 24, 2014.

_____
**UNITED STATES DISTRICT JUDGE**