Peter B. Mortenson, Esq.
Nevada Bar No. 5725
Darius F. Rafie, Esq.
Nevada Bar No. 6465
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: (702) 363-4190
Fax: (702) 363-4107
E-mail: cmcorwin@nvlaw.us
*Attorneys for Defendants/Cross-claimants,*
*William Crosby and Danny Hill*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KNIGHTS OF COLUMBUS,<br><br>Plaintiff,<br><br>v.<br><br>THE VIRGINIA TRUST; JOHN DOE, trustee of THE VIRGINIA TRUST; SHEREE WILLIAMS; WILLIAM CROSBY; MELANIE CROSBY; DANNY HILL,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | Case No.:  2:12-cv-00688-JCM-VCF<br><br>**ORDER RE: DISBURSEMENT OF INTERPLEADED FUNDS** |

ORDER

This Matter has been settled by all the various parties pursuant to that Stipulation and Order attached hereto as Exhibit "A", in which the parties have agreed to a disbursement of the remaining funds interplead (the "Interplead Funds") with the Court in the approximate amount of $513,155.04.  Accordingly, the Court does hereby order that the Clerk disburse the Interplead Funds as follows:

THE COURT HEREBY ORDERS AS FOLLOWS:

1.      ORDERED That the Clerk of the Court disburse from the Interplead Funds, SEVENTY THOUSAND AND NO/100 DOLLARS ($70,000.00) via check made payable to MORTENSON & RAFIE, LLP to be picked up in person by a representative of MORTENSON & RAFIE, LLP if possible, if not, then the check is to be delivered via mail to their attorney at the following address:

Peter B. Mortenson
MORTENSON & RAFIE, LLP
10781 West Twain Avenue
LAS VEGAS, NV 89135

Said funds are to be made payable to MORTENSON & RAFIE, LLP which has as a taxpayer identification number of **20-8144268** in trust for their clients William Crosby and Danny Hill, who are receiving 50% each pursuant to the Settlement Agreement attached hereto as Exhibit "A".

2.      ORDERED That the Clerk of the Court disburse from the interpleaded funds the remaining funds deposited with the Clerk via the interpleader action captioned above, which amount is        FOUR HUNDRED FORTY-THREE THOUSAND ONE HUNDRED FIFTY-FIVE and 04/100 DOLLARS (**$443,155.04**) via check made payable to SOLOMON DWIGGINS & FREER, LTD. which has a taxpayer identification number of **20-2241781** and in trust for their client SHEREE WILLIAMS to be picked up in person by a representative of SOLOMON DWIGGINS & FREER, LTD. if possible, if not, then the check delivered to their attorneys via mail at the following address:

Mark A. Solomon, Esq.
SOLOMON DWIGGINS & FREER, LTD.
9060 West Cheyenne Ave.
Las Vegas, NV 89129

Said funds are paid in favor of Sheree Williams pursuant to the Settlement Agreement attached as Exhibit "A".

    3.    ORDERED That no other parties shall receive any of the interplead funds, the above represented parties constituting ALL of the parties remaining in the case.

    4.    ORDERED That the Clerk is relieved from liability for loss of interest, if any, or for early withdrawal of the funds.

IT IS SO ORDERED March 28, 2014.

_____
HONORABLE JUDGE JAMES C. MAHAN
U.S. DISTRICT COURT JUDGE